**No. 50768.**—Protests 112340–K, etc., of Angelus Hardwood Co. et al. (Los Angeles).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 14, 1945

**No. 50769.**—Protests 997788–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items of the merchandise consist of hats of straw and other materials similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the authority cited the merchandise in question was held dutiable as claimed.

BEFORE THE THIRD DIVISION, DECEMBER 14, 1945

**No. 50770.**—Protests 5010–K, etc., of W. T. Grant Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of bonbon dishes similar in all material respects to those the subject of *United States* v. *Butler Bros.* (33 C. C. P. A. 22, C. A. D. 310). In accordance therewith the merchandise was held properly dutiable at 70 percent under paragraph 212 without the additional assessment of 10 cents per dozen pieces.